```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DILENIA PAGUADA,                                           :
                                                           :
                                    Plaintiff,             :
                                                           :         22-CV-1511 (VSB)
                -against-                                  :
                                                           :              ORDER
HIPPY TREE, LLC,                                           :
                                                           :
                                    Defendant.             :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 23, 2022, (Doc. 1), and filed an affidavit of service on June 7, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was June 22, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 30, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 23, 2022
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge