UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                         :
DILENIA PAGUADA,                :
                         :
                   Plaintiff,      :
                         :           22-CV-1511 (VSB)
             -against-             :
                         :                **ORDER**
HIPPY TREE, LLC,                :
                         :
                   Defendant.   :
                         :
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

       Plaintiff filed this action on February 23, 2022, (Doc. 1), and filed an affidavit of service on June 7, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was June 22, 2022. (*See* Doc. 5.) On June 23, 2022, I ordered that if Plaintiff intended to seek default judgment, Plaintiff should do so by no later than June 30, 2022. (Doc. 6.) I warned, "If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any other action to prosecute this case.

       Accordingly, this action is dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:      July 5, 2022
              New York, New York

                                                      _____
                                                      VERNON S. BRODERICK
                                                      United States District Judge